**No. 48834.**—Protest 974737–G of International Harvest Hat Co. (St. Louis).

Opinion by TILSON, J.   It was stipulated that certain items consist of "8-bu paper hats" similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).   In accordance therewith, those imported or withdrawn for consumption prior to Netherlands Trade Agreement (T. D. 48075) were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5) and those imported or withdrawn for consumption subsequent thereto were held dutiable at 12½ percent under paragraph 1504 (b) (5) and T. D. 48075, as claimed.

**No. 48835.**—Protests 60545–K, etc., of Hochschild, Kohn & Co. et al.   (Baltimore, etc.).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48836.**—Protests 970979–G, etc., of Absorbo Beer Pad Co., Inc. (New York).

Opinion by KINCHELOE, J.   The record established that the merchandise is of the same dutiable character as that passed upon in *Absorbo Beer Pad Co., Inc.* v. *United States* (10 Cust. Ct. 176, C. D. 748), the record in which case was incorporated herein.   In accordance therewith the protests were sustained.

BEFORE THE THIRD DIVISION, OCTOBER 7, 1943

**No. 48837.**—Protests 763708–G (A), etc., of Santo Aliotta & Son et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and cited cases the following allowances were made by the court to compensate for foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146, and (2) 1 percent for cheese similar to Reggiano cheese the subject of said C. D. 706.   Protests sustained to this extent.